UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| KAREN SENG | ) |
|         *Plaintiff,* | ) |
| | ) |
| vs. | ) |
| | ) |
| ERIC SHINSEKI, | ) |
| Secretary of Veteran Affairs, | ) |
| | )   No: 3:14-CV-434-S |
| SLOAN D. GIBSON, | ) |
| Interim Secretary of Veteran Affairs, | ) |
| | ) |
| and | ) |
| | ) |
| DEPARTMENT OF VETERAN AFFAIRS, | ) |
|         *Defendants.* | ) |

\* \* \* \* \* \*

## NOTICE OF APPEARANCE

Comes Leonard J. Dunman and hereby enters his appearance as counsel of record for Plaintiff, Karen Seng, in the above-captioned matter.

Respectfully submitted,

<u>/s/ Leonard J. Dunman</u>
L. Joe Dunman
CLAY DANIEL WALTON & ADAMS, PLC
101 Meidinger Tower
462 South Fourth Street
Louisville, KY  40202
(502) 561-2005
joe@justiceky.com
*Counsel for Plaintiff*