# EXHIBIT 7



**U.S. OFFICE OF SPECIAL COUNSEL**
1730 M Street, N.W., Suite 218
Washington, D.C. 20036-4505
202-254-3600

DEC 1 2 2013

Ms. Karen Seng
Redacted
Redacted

Re: OSC File No. MA-13-2665

Dear Ms. Seng:

This letter notifies you that you may have a right to seek corrective action from the Merit Systems Protection Board (the Board). As we informed you in our closure letter, as of this date, we have ended our inquiry into your allegations.

In your complaint, you alleged reprisal for filing a grievance. Because you alleged potential violations of 5 U.S.C. §§ 2302(b)(8) or (b)(9)(A)(i), (B), (C), or (D), you may have a right to seek corrective action from the Board under the provisions of 5 U.S.C. §§ 1214(a)(3) and 1221. You may file a request for corrective action with the Board within 65 days after the date of this letter.

The Board regulations concerning the rights to file an individual right of action can be found at 5 C.F.R. part 1209. If you choose to file, submit this letter to the Board as part of your appeal. Additional information about filing an appeal with the Board is available at the Board's webpage: www.mspb.gov.

Sincerely,

Alissandra Geliga
Attorney
Complaints Examining Unit