# EXHIBIT 8



**DEPARTMENT OF VETERANS AFFAIRS**
OFFICE OF RESOLUTION MANAGEMENT
810 Vermont Avenue
Washington, DC 20420

July 22, 2013

In reply refer to: 08D

VIA: E-mail

Wayne Pfeffer, MHSA, FACHE
Facility Director
VA Medical Center
800 Zorn Avenue
Louisville, KY 40206

**SUBJECT:** Notice of Receipt of Discrimination Complaint – – Karen Seng, Case No. 2004-0603-2013102286, Filed July 3, 2013

1. This is to inform you that Karen Seng filed an EEO complaint of discrimination on July 3, 2013.

2. ORM is reviewing the complaint to determine if it meets the Equal Employment Opportunity Commission's (EEOC) requirements for investigation and further processing.

3. We have enclosed a copy of the formal complaint, as well as a document outlining what you can expect next as the complaint is processed.

Sincerely,

*Sharon R. Ine*

Winston Johnson
Acting Regional EEO Officer
Mid-Atlantic Operations

Enclosures:  Formal Complaint
             What to Expect During the Complaint Process

cc:  Ruby Leverson
     EEO Program Manager

CONFIDENTIAL DOCUMENT – GENERATED IN THE ORM COMPLAINT AUTOMATED TRACKING SYSTEM (CATS)



# Office of Resolution Management
*Department of Veterans Affairs*

## WHAT TO EXPECT DURING THE COMPLAINT PROCESS

### WHY DID I RECEIVE THIS NOTICE?
You received the *Notice of Receipt* because an employee, applicant, or former employee under your chain has filed a formal complaint of discrimination.

### WHAT HAPPENS NEXT?
If ORM dismisses the complaint, the complainant can appeal the decision to the EEOC. If ORM accepts the complaint, in whole or in part, we will assign an investigator.

### WHAT CAN MANAGEMENT EXPECT AT THE INVESTIGATIVE PHASE?
The investigator will develop impartial and appropriate factual information on the claims accepted for processing. ORM must complete the investigation within **180 days** of the date the formal complaint was filed (for mixed case claims[1] ORM must complete the investigation within 120 days), so we need the cooperation of all witnesses, including management officials.

After the investigation is completed, ORM will send you a summary of the investigation. You should review the summary and determine if resolution should be attempted. ORM is available to consult or provide a mediator at this stage.

### WHAT OCCURS AFTER THE INVESTIGATION?
The employee can elect an EEOC hearing or a final agency decision from OEDCA (the complainant does not have the right to an EEOC hearing on mixed case claims). If a hearing is elected, your management officials will work with the agency representative (usually a Regional Counsel attorney) to prepare for the hearing.

### WHEN DOES THE PROCESS END?
The employee can also file in U.S. District Court after 180 days have elapsed from the formal filing date or after the case has been adjudicated (120 days for mixed case claims). If that occurs Regional Counsel works with a U.S. Attorney from the Department of Justice.

**For more information on the EEO complaint process and ORM, please visit ORM's website: http://www.va.gov/orm/**

---

[1] A mixed case complaint alleges an action that is appealable to the MSPB was taken for discriminatory reasons.

COMPLAINT CASE NUMBER: 2004-0603-2013102286

pm 7/3/13

JUL 0 8 2013

S. Zvigla

OMB NO.: 2900-0716
RESPONDENT BURDEN: 30 Min.

# Department of Veterans Affairs — COMPLAINT OF EMPLOYMENT DISCRIMINATION

*Read the instructions on the reverse side of this form carefully before completing the front of this form.*

**1. NAME** (Last, first, middle initial)(Please print): Seng, Karen R.

**3. MAILING ADDRESS:** Redacted

**4a. WORK TELEPHONE NUMBER** (Include Area Code): N/A

**2. EMAIL ADDRESS:** Redacted

**4b. HOME TELEPHONE NUMBER** (Include Area Code): Redacted

**5. ARE YOU:**
- [ ] A VA EMPLOYEE
- [ ] AN APPLICANT FOR EMPLOYMENT
- [x] A FORMER VA EMPLOYEE

**6a. JOB TITLE, SERIES AND GRADE:** Program Coordinator, GS12

**6b. SERVICE/SECTION/PRODUCT LINE:** MH+BHSS

**7. NAME AND ADDRESS OF VA FACILITY WHERE DISCRIMINATION OCCURRED:** Robley Rex VA Medical Center, 800 Zorn Ave, Louisville, KY 40206

**NOTE:** For each employment related matter that you believe was discriminatory you must list the bases (list one or more of the following): Race (Specify), Color (Specify), Religion (Specify), Sex (Male or Female), National Origin (Specify), Age (Provide date of birth), Disability (Specify), Genetic Information, and Reprisal for prior EEO activity or having opposed discrimination.

**8. BASIS** | **9. CLAIM(S)** | **10. DATE OF OCCURRENCE**

**9. CLAIM(S):** SEE Attached.

**11. REMEDIES SOUGHT:** SEE Attached.

**12a. DO YOU HAVE A REPRESENTATIVE?** [ ] YES [x] NO

**12b. IF "YES," IS HE OR SHE AN ATTORNEY?** [ ] YES [x] NO

**13a. HAVE YOU CONTACTED AN EEO COUNSELOR?** [x] YES [ ] NO

**13b. NAME OF EEO COUNSELOR:** Ckori Jones

**13c. DATE OF INITIAL CONTACT WITH ORM:** 3/18/13

**15a. HAVE YOU FILED A UNION GRIEVANCE ON ANY CLAIM(S) LISTED ABOVE?** [x] YES [ ] NO

**15b. IF "YES," LIST THE CLAIM(S) AND DATE GRIEVANCE FILED:** Removal 5/14/13

**16a. HAVE YOU FILED AN APPEAL WITH THE MERIT SYSTEM PROTECTION BOARD (MSPB) ON ANY OF THE CLAIMS LISTED ABOVE?** [ ] YES [x] NO

**16b. IF "YES," LIST THE ISSUE(S) AND DATE MSPB APPEAL FILED:** N/A

**17a. HAVE YOU FILED THIS COMPLAINT WITH ANYONE ELSE?** [x] YES [ ] NO

**17b. IF "YES," PROVIDE THE NAME AND ADDRESS:** Office of Special Council

**18. SIGNATURE OF COMPLAINANT:** Karen R. Seng

**19. DATE:** 6/27/13

VA FORM MAR 2013 4939 — SUPERSEDES VA FORM 4939, AUG 2012, WHICH SHOULD NOT BE USED.

Received JUL 18 2013

Karen Seng – Case Number: 2004-0603-2013102286

FORMAL EEO COMPLAINT

I have been at the VA for 26 years as a clinical social worker. I moved to the mental health department in 2005 to start a new program called the community residential care program (CRC). I started the program from scratch. Did all the research, wrote the policy, developed the documentation templates, the assessments, the program handbook, etc. Recruited facilities, coordinated inspections, completed inspections, approved homes, monitored compliance with regulations and care, provided two comprehensive trainings a year to the care providers, monitored incidents, etc. It was a huge undertaking and I worked pretty much around the clock including weekends to get this program up and running. Within the first year and half, we had recruited and approved close to 20 facilities and were still growing. My position as the coordinator was administrative and I did not regularly make visits to the patients. I did the screening of referrals and worked a lot with the initial placements but did not do the monthly follow up visits. That was the case manager's job. I basically supervised the staff and their clinical involvement/documentation etc. and trouble shot their difficult cases and often had to assist them and dealt with the caregiver homes/facilities, inspections and compliance. The veterans placed in the program were the complicated ones. The ones that needed help but not a nursing home and often had mental health issues and difficult behaviors at times. The ones no one wanted to deal with. The most vulnerable. Many had guardians and we worked closely with the VA regional office fiduciary department. This was an exciting time for me because I finally had the chance to demonstrate that I was good at this kind of thing and I developed a top notch program. Within two years I was selected to serve on the National Field Advisory board for this program and worked closely with central office in Washington. I spent two weeks detailed there to assist with the role out of a program called medical foster home (MFH) which is a type of residential home and under the same federal law as the program I coordinated. I spoke at several conferences and mentored other new coordinators in both CRC and MFH. I was viewed by department staff as a hard worker, competent and capable.

All this happened before the department I was in was re-structured. Those of us who coordinated programs functioned like supervisors without the title. We ran our programs independently and reported directly to the chief or assistant chief who was the supervisor of record. At one point she was arranging for those of us interested to go through the supervisory training and had planned to change our titles to incorporate the supervision component. She even had mentioned to me personally that of all the coordinators, she saw me as a supervisor. Then suddenly the training was cancelled and we never heard any more about it. Shortly after that, the chief retired and the assistant chief who is a social worker got the chiefs job. At that point the physicians complained that they were not going to report to a social worker so they developed a different leadership alignment. They created a medical director position and supervisory social work position along with a supervisory psychologist. Then they added an administrative assistant rather than an assistant chief.

This was significant because the person who got the supervisors job was a fairly new employee that started as a regular social worker in one of the new programs. I sat on the interview panel when she was hired. A year later she moved into a coordinator position. When she was a coordinator like me, we had traveled to a conference together. It was at that time that I probably

1

said more than I should have about my family and my kids' issues etc. She asked a lot of questions but didn't say much about herself.

While on this conference trip, this individual often made derogatory comments about other coordinators that held the same position as herself but at other VA's. She specifically commented about the "crazy" girl in Lexington. She mentioned that many of the "recovery coordinators" which is what she was were people with their own issues and she was particularly aggravated by that and with them. I commented several times that she would be surprised by the number of our own staff that probably also had some kind of mental illness or disability themselves and that everyone at some time or another has things they struggle with. I was thinking about myself but did not dare say anything more because of the attitude she had displayed. Talking about my kid's issues and being on the verge of divorce was more than I should have said already.

I learned later that she had inquired about "who is that Karen Seng" when she was in the original job she was hired for. Very odd to me that she was asking about me and I did not work anywhere neither near her nor was my program aligned with the one she was in. I also learned that she often talked about people in derogatory ways and told one social worker if she ever told anyone what she said, she would deny it and then she would regret it. The social worker that told me that said she knew then she was not a nice person and someone to stay clear of. She stayed to herself and went back to school and is now a psychologist on staff. She told me this because now this supervisor can't hurt her directly as before.

All of this is significant because when she got the newly created Social Work supervisors job, everything began to change. I had ask the chief at the time if the coordinators would be reporting to her because this new supervisor was really more of our equal and it did not seem right for her to be over us. She assured me nothing would change and that it would be fine and to give her a chance.

From my very first meeting with her as the new supervisor she made clear she was in control and could do whatever she wanted which is what she told me about the position that was open in my program. Prior to her, I had reviewed applicants and set up interviews etc. for my program and chose the individual for the position. Now suddenly I was not going to be allowed to function as I had previously and she stated to me that she could "pick whoever she wanted."

The program I was in charge of was community based so we were out in the field a lot. We often got calls after hours and at home and on weekends, etc. There was flexibility basically built in because of the nature of the job and type of program. I would sometimes make a f/u visit on my way in to the office or on my way home and many days worked well into the evening. This worked for me and I was viewed as capable and competent and even received employee of the month at one point when they had that recognition system in place. The now chief had ask me to help with policy and I coordinated the suicide prevention efforts before there was a position. That is why my recommendation at that time was valued. At one point the new suicide prevention coordinator came up to me and said she was **told by the chief,** that she should thank me for her getting the job and that it was because of me she got it. This was said with a tone that would indicate resentment. I don't know where that came from and I thought it odd at the time

2

Karen Seng – Case Number: 2004-0603-2013102286

but I let it go and never thought much more about it. I later learn she and this supervisor were in a 20 year relationship which didn't matter to me and I never thought anything about it, until lately; wondering if that had anything to do with how I was treated by this supervisor. I have never done a thing to her. I am a nice person and a hard worker and complained very little. I was a team player and made the best of whatever situation. A little quiet and not a trouble maker. If I was still a kid, I would be the one the Bully's picked on because I didn't rock the boat and challenge those that felt the need to boast and be loud. I was an easy target. Before this individual came into the picture, I had a great team and everyone got along and worked hard and we were excelling. The program was growing and we were getting a lot of kudos.

Little by little this supervisor would do things to try and make me look bad. She lied about getting complaints and accused me of a HIPPA violation. I had just completed training with the care providers about privacy and how important it is etc. This really upset me so I sought out the privacy officer myself as that was very serious to me and something I took great care not to ever do. She agreed that I did not violate anything and that in fact said the supervisor was in violation for not reporting to her when she thought there might be a violation. I ask her to put in writing that I did not violate anything and she told me I would first have to go through HR who would then send me to her and at that time she could put it in writing. So I went to HR as she instructed me and met with the employee relations person. This individual who was of the same orientation as the supervisor told me she didn't see an issue and not to worry about it. I told her I wanted to go to the privacy officer for myself as it still concerned me and she said that would not be necessary. So I was never able to get that statement in writing. That individual has since retired. The supervisor then used this false accusation about HIPPA and the made up complaints which she could never produce, to give me a bad evaluation. This was the first evaluation by this supervisor and the first bad one I had ever received in my more than 20 years at the time. It was still satisfactory but she lied in it and made derogatory and untrue statements. I was very upset and wrote a 4 page reply outlining my disagreement. Which did nothing? But I felt like I couldn't even look for another job without something to counter what she said. This evaluation came after the previous 3 years in which I had received exceptional ratings. I had also communicated to the staff at the time that I could see what she was doing because I know what the standards say and she is trying to document things that aren't true to make me look bad and then use that to give me a poor performance evaluation which is exactly what she did. It was obvious to me that I was being treated differently and other people were noticing too.

There were many other significant things like setting me up to meet with the chief of staff to share how I was able to get a veteran approved for a national pilot project. She led me to believe this was a positive meeting only to end up being a reprimand about not following the chain of command. Social Workers make referrals and get people services. That is what we do. There was no chain of command issue. The only thing I can think of is because she was on vacation when I shared the information at our staff meeting and she then read about in the minutes, she couldn't stand it so she made it into something it wasn't and a total sabotage and set up. Other folks thought I should have been given an award for making this happen for this vet as only 5 were selected around the country but instead it was turned around to be something bad and I was forbidden to have anything to do with the case even though the vet had been referred to us. I had to turn it over to another program to follow up so that this veteran could get the help he needed. So now I am made out to be a bad employee in the eyes of the chief of staff and it was

3

Karen Seng – Case Number: 2004-0603-2013102286

completely the opposite. I went above and beyond to help this vet and family and she managed to turn it around to be a bad thing.

There were many more things like this that she did and I became fearful of her and tried not to deal with her unless I absolutely had to. The stress was overwhelming and I began to have more and more difficulty in the morning. Before the flexibility worked for me and 15 or 30 minutes was not a big deal because I worked all the time, into the evening and on weekends. The work didn't change but she began to become rigid about going to the office first and making a big issue if you were not in the office exactly at starting time. One of the staff also made it a big issue and began using her knowledge of me running late as something to hold over my head to tell management which only added to my anxiety and stress. After all these years of being able to hide my personal struggles and compensate for my deficits, I began to develop symptoms and near panic attacks. It only made me worse to try to rush to get to work under these rigid conditions. My ADHD symptoms were no longer being managed by my medication and I was having a hard time staying focused. I became more depressed and my face broke out in terrible sores, my feet and legs swelled and I couldn't sleep. Etc. This supervisor took our office space away and made us double up which only made it more difficult for me to get my work done with all the noise and distractions and interruptions etc. It was then that I decided I needed to disclose my ADHD and ask for some kind of accommodation so that I could function on an even plane with everyone else. I ask for the ability to have somewhat of a flexible schedule as I had before unofficially up until this point. I ask for a black berry so I could stay in contact with staff and messages if out in the field and if I couldn't get back to the desk top computer to check messages so I didn't miss important things, And I think I ask for the ability to work from home on occasions when I had reports to get out and needed quiet and no interruptions to focus. The request came back with the need to provide documentation from my Doctor to determine if I was an individual with a disability. I wrote my Dr. and told him what was going on and he wrote a letter in support of the accommodation and in support of me being a person with a disability. The answer took much longer than policy says it should and in the interim the supervisor pulled one of my staff and put her in another program making us shorthanded. The answer then to the accommodation request was **no** and the reason was that now there was not another staff member sharing my office, so I would not have the same distraction issues. That's what the response said. The flexibility request was ignored. Although the distractions were minimized by this change, what it created was a full time vacancy that I had to cover in addition to my job. I later learned that this supervisor had sat on the committee that made the decision to deny the accommodation. I suspect she minimized my difficulties and used pulling the case manager as a solution, but in reality it only created more problems.

After pulling this staff person I was told they didn't know how long it would take to fill the position so in the meantime I had to cover her job, which meant all the patient visits each month on top of my own job and other duties. The remaining case manager was told her job would not change, just mine and she (a black female with a history of filing EEO's), did not have to pick up and share any of the duties. She had gotten upset when they pulled our staff person and went to the chief and complained about how she couldn't do anymore etc. so they put it all on me. I being the team player and non-complainer, told the supervisor I would do the best I could but there was **no way** I was going to be able to keep up with everything and make every single visit

4

every month. She said she understood and would work on getting the position filled and to do the best I could.

At this point we had 80 patients in the program and about 27 homes/facilities that I was responsible for. When they pulled the case manager I suddenly had at least 40 patients on top of everything else that I now had to follow and handle. That included all of the clinical issues and crisis calls, placements and so on. An impossible and unreasonable expectation. Especially for any length of time. The supervisor kept telling me she was trying to get the position filled and had submitted the request to the committee etc. Every time I ask and told her I was not able to keep up with everything, she would say she hadn't heard anything back from the committee. I later learned from the union president who sat on this committee that approved filling positions, that there was never a request submitted to fill that case manager position.

I completed a report for the supervisor to submit that demonstrated the cost saving the program was providing and how it more than covered the cost of staff. This was to help her in justifying filling the position. She told me she gave it to management and they told her they didn't care about cost savings and were only interested in ways to make money. I later learned from the chief of staff herself during a grievance meeting that she was never given the report. So the supervisor had again lied.

We were then moved out to offices in Shively which made my commute almost 50 miles one way. I requested a change in tour or a flex schedule as recommended by the union, as I was still having difficulty in the morning and now the added distance and expense was creating even more stress. It took almost two months to get an answer which of course was **no** claiming it would affect pt. care which was completely false as we were community based and we went out to see the patients, they didn't come to us with appointments like in a clinic. During that two month delay, they formally documented (incorrectly) two days I was late, and then followed up with a letter of instruction. All while I had already identified my struggle and ask for help. I was waiting for my flexible schedule request to be answered to alleviate the morning problem. There was no valid reason for not approving this accommodation.

I also was having issues with my son at home who has a learning disability with behavioral/emotional components and had school meetings for his IEP etc. I was already feeling targeted by this supervisor and after I disclosed my disability, it seemed to get worse. She would create more hardships for me when I was already stressed to the max and seemed to target the times when I already had enough to deal with. Being in the mental health field and having worked with kids before, this supervisor was knowledgeable about ADHD and she knew where the weaknesses were and the vulnerabilities were and that's what she targeted. Needless to say I was developing anxiety on top of it and was extremely fearful of this person who would be nice to my face and then lie behind my back and deny having had discussions with me. I had gone to her about my morning issue and ask for her support and help. She only made things worse for me. So I avoided her more and more. My running late began to be recorded by other staff and reported to her. It didn't matter that I was putting in leave for AL or CB. The staff didn't know that and began to think I was getting away with something. It didn't matter that we had key cards to come in and out that could have been checked easily but she had others watching me and reporting. I would put in leave for AL or CB to cover the few minutes and never realized until

much later that she had been denying them and charging me AWOL. It had never been like this in all the years I had worked at this VA. I was clearly being treated differently.

I didn't know at the time they were docking my pay and charging me AWOL over and over again. It didn't matter if I called or not nor if I stayed until 9 at night, the result was the same. This undermined any authority I had as a coordinator and my own staff began to complain and fight among themselves. <u>The case manager would try to order me around and threaten to go to my supervisor about everything she didn't like. She was behind on her own work and she wasn't doing two jobs like I was and when I tried to do my job in asking her to do hers, she would get hostile and tell me no and throw papers in my office and complain constantly. Several times she even said to me that "there is something wrong with you. You don't think like everybody else." "There is something wrong with your brain." She didn't say things like this before I disclosed my disability and I was overwhelmed with two jobs. The more she ran to my supervisor, the more belligerent she became.</u> At one point I contacted her supervisor and ask to meet with him to discuss with him how I should try to handle the situation. He had agreed to discuss it. Several days later when I was over at his clinic and ask if we could have that meeting we had talked about, he said that "Gaila" my supervisor told him **"not to talk to me** about the case manager." This is after she and I had discussed me contacting him and meeting with him. Time after time she set me up like this. Told me one thing and then denied it or sent me emails claiming she had "directed" me to do x, y, z and that there was this problem or that problem, yet she never had discussed any of it with me. Just more lies.

I went to this supervisor when I received two complaints in writing about the case manager from two of the care homes she visited and discussed my plan on how to address the issue. She agrees with me in the meeting and then when I go to implement the plan, she sends me a message stating I was to go through her before doing anything. I had told her that the case manager would not be happy but would adjust and that she would probably run to her like she had been doing and that I needed her to support me. All I was doing was changing the two homes that complained over to me to visit and giving her two others. The case manager ran to her alright but there was no support for me. In fact my hands were tied even further in being able to manage the program and I had orders not to talk to anyone without going through her first.

Finally I couldn't take it anymore and I filed a grievance on the supervisor for harassment and bullying and directing me to things not consistent with the law or policy. Two days before the grievance meeting with her, she meets with my team to tell us they finally got the approval to fill the case manager position. This is a year and a half to two years later. By this time I was so behind I didn't know if I was coming or going. I was overwhelmed and stressed as much as any one person could be. All of my efforts to let her know I wasn't able to make all the visits either fell on deaf ears or she would say just do the best you can. So I was extremely excited to hear the position was finally going to be filled and I was looking forward to getting things back on track and caught up. Two days later we have the grievance meeting (on the only day she could do it, which prevented me once again from making the visits I had scheduled on that day) The following day I had surgery on my ankle and was off the following Monday. One week later <u>the next Monday which was May 7, 2012, when I came to work that morning, the supervisor was waiting for me to tell me I was being re-assigned and to report to her office.</u> I ask if I could return calls and finish my notes from visits I was trying to catch up on and she said no. I could

6

Karen Seng – Case Number: 2004-0603-2013102286

not do anything related to the program and must leave immediately. I had to leave my office and all of my personal things. I received no answer as to why this was happening. The supervisor said she was just following orders. The chief said to me that she can "re-assign someone any time she wants to." She gave me no reason. During this re-assignment, I was prohibited with making any contact with any of the care providers or veterans while the supervisor and about 10 case managers from other programs went around to all of the facilities and informed them that administration was making changes to the program and there would be new staff etc. This went on for a month and then I was told I was permanently re-assigned to a made up job doing data entry which is what I had been doing since last May. They were hostile and nasty when they took my laptop and cell phone and treated me like I was some kind of criminal. Never telling me what the problem was. I later saw that the supervisor and these case managers she took with her were documenting in such a way to make me appear as if I had done something wrong. They also were stating there would be new staff even before I was permanently removed. The documentation was scripted by the supervisor except when she put in her own statements often being completely untrue.

I was given another letter of instruction about getting to work on time and made to report in to the supervisor or a manager every day. Of course as I had told them repeatedly I was having difficulty in the morning myself and with my son and they were setting me up to fail. <u>I ask again for an accommodation of simply a 30 minute change in tour and referred them to the letter from my Dr. submitted previously. Again I received a letter telling me no and that they needed more from the Dr. to establish that I am a person with a disability. So they continued to record what time I got to work every day. One minute became 15 and 16 min. became 30. If I called to say I would be a few minutes late and ask to use leave to cover it, the answer was always no and I was charged AWOL. If I called or didn't call, it didn't matter because it was always AWOL. I was humiliated daily as everyone watches me walk down the hall to check in every day. No one else has ever been put on display like that and made to feel shame every day. They had nothing else to fault me for so they created an impossible situation for me. They knew I would fail.</u> Some of the supervisory people started telling me I had to report to Gaila or the chief that they couldn't check me in anymore. I wondered if they just refused to continue to participate in this abuse. My daily arrival was walking the hall of shame.

I learned from the union that I could submit a request for FMLA which would give me the ability to use annual leave or sick leave or leave without pay when I needed time to deal with my issues or my sons. So I went to my Dr. and got the paperwork completed. I turned it in and received back from HR a letter telling me once again I needed more information and it outlined what I needed to provide. So <u>I went back to my Dr. and obtained two letters, one in relation to me and one in relation to my son addressing the areas that were stated in the letter. It was supposedly temporarily approved until I turned in the information and I've never heard a thing since then. I assumed it was still approved or I would have been informed that it wasn't. So when I had to call with an issue with my son or myself I stated I wanted to use my FMLA. Even if I called in for being sick or my son was sick, I stated for FMLA. In reviewing my leave record after my paycheck being several $100 short, I see that they have disapproved all of it and charged me AWOL and I was not paid. Full days at home sick and I'm charged AWOL. I looked back further and see that I have been charged AWOL for many months. Over and over thinking leave had been approved to see that it wasn't and I've been recorded as AWOL.</u>

7

Karen Seng – Case Number: 2004-0603-2013102286

<u>In January 2013, I again sent my supervisor and the chief a request for an accommodation of a change in tour. I explained that I had reviewed my record for the last year and a simple change in tour of 30 min. would completely fix the problem as I was not more than 15 to 30 min. late more than a couple of days the whole year. I stated that it was a win win and that I am extremely bothered by the situation and the anxiety it causes me and my family. I let them know that I was aware of other staff with the tour I was requesting so it was not a tour that was not available. I received no acknowledgment of my request. (The other staff person I was referring to was the secretary of the service whose tour was changed to accommodate her child situation. The job I was then doing didn't even require a schedule at all and could have been performed at home) their failure to accommodate me repeatedly was another discriminatory action.</u>

<u>I again reported to the union that my request was never acknowledged. A message was sent to the supervisor who replied that she didn't know why this was coming up now as I had already filed a grievance about it and that it was denied. That was completely false. I never filed a grievance about this issue ever. The only grievance I filed was related to her. I had never filed anything related to this.</u>

A month later (a year exactly to the date I was taken out of the Coordinator position-May 7, 2013) I am presented with a proposed removal stating I did not do my job when I was the coordinator of the CRC program because I didn't make all the monthly visits and that I am habitually late and have not responded to their efforts to work with me or adjusted my route. They never worked with me despite my efforts to identify a solution and ask for their support and help.

I was treated differently when I was a program coordinator, never being asked to cover as the supervisor when the other coordinators were always included. The other coordinators received support and assistance and were given good evaluations. They were allowed flexibility in their jobs and none of their staff would have ever been allowed to be disrespectful to them or yell at them or throw things in their offices. The hostility toward me was not only allowed by encouraged. The supervisor had put the other coordinators in for upgrades during the boarding process but denied my request and stated they were mandated by the VISN to use a generic job description for my program. Completely not in line with the instructions from the national social work office about the boarding process and our responsibility to write our own functional statements. Mine was discarded. I question whether the VISN actually mandated that or if that was even legal.

The other coordinators were made supervisors. I was told that you had to have at least 4 people in the program you coordinated to be considered as a supervisor which I had until they took the case manager away.

I had also applied for the CRC job all over again when they reposted it with stated flexibility by adding the ability for off tour work and of course not selected even though I started the program and no one was more qualified then I was. In fact the young lady, under 40 African American, who got the position, was someone I had hired several years earlier for the program as a case manager and <u>I had trained her.</u>

8

Karen Seng – Case Number: 2004-0603-2013102286

After receiving the proposed removal I filed an EEO. I agreed to mediation with the chief of service who had proposed the removal. She brought an HR representative and said nothing to me during the meeting. She made no effort to work with me at all. Gave no explanation and only repeated what was in the proposed removal. Following this meeting, I went to the supervisor's office intending to request leave for the rest of the day as I had developed a severe migraine. Her door was closed and I heard the chief and HR representative discussing the EEO medication meeting with her. I heard the chief say that I couldn't retire because I am not old enough and I heard the HR representative say I could get a lawyer and I heard the supervisor say, she doesn't have the money for an attorney. I then walked away in shock that the supposedly "confidential" mediation was nothing more than a way for them to see what information I had and what I was going to say.

I had been shocked to receive the proposed removal after dedicating my life and entire career to the VA and the veterans we served. I had just received a service award pin for 25 years of service. The proposed removal claimed untrue statements and specifically cited cases where I had not made a monthly visit. My failure to make all the visits was well known all along to the supervisor, and it was not my job but the case manager job that I was trying to cover. This was clearly a set up and blatant discrimination.

I appealed to the director providing him with substantial evidence of the lies being told and how I was set up to fail. I showed him the letter he had received asking for my detail to Washington several years earlier and provided the data of the positive impact the program which I developed had had on the medical center. I shared feedback I had received from the National Office and other Social Workers across the country of the good job I was doing. I felt sure he could see what was happening to me and not uphold the removal. I explained my repeated efforts to obtain an accommodation for a 30 min. change in tour that was denied. I provided him with the letters from my Doctors that state directly I am an individual with a disability. I provided information that disproved the claim I had falsified a record. I showed him the repeated times the supervisor had falsified the records. I showed him the times I was charged AWOL unfairly and denied FMLA. The proposed removal was upheld.

I feel like I have not only been discriminated against but retaliated against as well for filing the EEO. People who file complaints in any form are seen by management as trouble makers. That's why I never filed anything before I did. I felt like I couldn't take any more of the abuse and that I had been set up to fail. I felt backed into a corner and that I had no other choice. I was trying to utilize the system that is supposed to be in place to protect little people like me.

I do not deserve what has happened to me and my life has been turned upside down. I have health problems that were documented in the letters from my physicians that I cannot care for now as I have no income or health insurance. My shoulder injury is getting worse and if not repaired soon, it will be un-repairable. My children no longer have health insurance as well. I further injured my back which I can't seek treatment for having no way to pay for it. The unemployment I applied for remains under investigation with no resolution anytime soon. I am not going to be able to pay my monthly living expenses as I have depleted all of my reserve.

9

Karen Seng – Case Number: 2004-0603-2013102286

I don't see how someone who has worked as hard as I have loyally for the last 26 years and has done a really good job could be so easily and strategically removed and stripped of all respect and credibility as well as my benefits and tenure because of an individual who had her own agenda with little history at the VA and a clear bias toward me. How could HR go along with this and then the Director uphold it? Who is being protected at my expense? I feel totally lost as the VA is all I've known. MY life has been spent caring for and protecting our veterans. I don't know anything else. This has been cruel and unjust and wrong.

Remedies Sought

I would like to return to my job as the CRC Program Coordinator and the staffing be returned to original FTE allocation. I would like to report directly to Central Office rather than through the medical center. I would like the program to function with the flexibility needed to run effectively. I would like to be re-instated to the National Field Advisory Board. I would like to be given the same respect and autonomy as the other program coordinators. I would like to be promoted to a supervisory status at a GS-13 as the other coordinators have been. I would like a formal apology and admission of unfair treatment and slander by Ms. Taylor and Ms. Paynter and public acknowledgment of the wrongs imposed upon me and the pain and suffering it caused. I would like the damage to my reputation and personnel record repaired and corrected. I would like to be compensated for the multiple hours I worked above and beyond my tour of duty to maintain a functioning program despite the forced and intentional obstacles put in place to create the appearance of failure as well as the hours my pay was docked and I was charged AWOL and not permitted to utilize A/L that was available to me. I would like to be compensated for I would like Ms. Taylor removed from the supervisory position in order to prevent this unfair and targeted discrimination from happening to anyone else. I would like Ms. Paynter to be held accountable for the mistreatment and wrongful termination and everyone who has suffered from her favoritism and vindictive spirit to be compensated and made whole.



Deputy Assistant Secretary (08)
Office of Resolution Management (08M)
810 Vermont Avenue
Washington, DC 20420

